NUMBER 13-07-458-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


THE STATE OF TEXAS, Appellant,


v.



GEORGE SIMMONS, Appellee.

___________________________________________________________________


On appeal from the 148th District Court


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, THE STATE OF TEXAS, perfected an appeal from a judgment entered
by the 148th District Court of Nueces County, Texas, in cause number 06-CR-4324-E. 
After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. 
Appellant, the State of Texas, requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.


 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed

this the 20th day of September, 2007.